**FILED**
**U.S. District Court**
**District of Kansas**
03/05/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

CALEB KANATZAR,

      **Petitioner,**

  v.               **CASE NO. 26-3020-JWL**

TOMMY WILLIAMS,

      **Respondent.**

### MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by state prisoner and Petitioner Caleb Kanatzar, who is incarcerated at El Dorado Correctional Facility in El Dorado, Kansas. (Doc. 1.) Petitioner has moved for leave to proceed in forma pauperis. (Docs. 2 and 4.) Local Rule 9.1(g)(2)(A) states: "Where a petitioner . . . is an inmate of a penal institution and desires to proceed without prepayment of fees, he or she must also submit a certificate executed by an authorized officer of the institution in which he or she is confined. The certificate must state the amount of money or securities on deposit to his or her credit in any account in the institution." (*See also* Doc. 3, p. 1.) Petitioner has filed a notice and supporting documents indicating that the Kansas Department of Corrections is currently unable to provide the required certificate. (Doc. 5.) In light of this information, the motions for leave to proceed in forma pauperis will be provisionally granted. Petitioner will be granted time in which to file either the required certificate or a status report informing the Court of any additional information he has received on the availability of the certificate.

The Court has reviewed the petition (Doc. 1) and concludes that a limited Pre-Answer Response ("PAR") is appropriate to assist the Court with the review required by Rule 4 of the

Rules Governing Section 2254 Cases in the United States District Courts. *See Wood v. Milyard*, 566 U.S. 463, 467 (2012); *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008). Accordingly, the Court directs Respondent to file a PAR limited to addressing the affirmative defense of exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondent does not intend to raise the failure to exhaust as a defense, Respondent shall notify the Court of that decision in the PAR. Respondent will be granted to and including May 5, 2026 in which to file the PAR and Petitioner will be granted to and including June 5, 2026 in which to file a reply to the PAR if he wishes. After receipt and consideration of the PAR and any reply Petitioner files, the Court will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that Petitioner's motions to proceed in forma pauperis (**Docs. 2 and 4**) are provisionally **granted**. Petitioner is granted to and including May 5, 2026 to file either (1) the financial certificate required to support his motions for leave to proceed in forma pauperis or (2) a status report including any additional information he has received on the availability of such a certificate.

**IT IS FURTHER ORDERED** that Respondent is granted until and including May 5, 2026 in which to file a Pre-Answer Response that complies with this order. Petitioner is granted until and including June 5, 2026 in which to file a reply to the Pre-Answer Response.

**IT IS SO ORDERED.**

DATED:   This 5th day of March, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2